NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,
*Plaintiff-Appellant,*

v.

### MAERSK DRILLING USA, INC.,
*Defendant-Appellee.*

---

2011-1555

---

Appeal from the United States District Court for the Southern District of Texas in case no. 07-CV-2392, Judge Kenneth M. Hoyt.

---

## ON MOTION

---

## ORDER

Upon consideration of Transocean Offshore Deepwater Drilling, Inc.'s unopposed motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

OCT 2 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles B. Walker, Jr., Esq.
William H. Frankel, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 0 2011

JAN HORBALY
CLERK